CHOI & ITO
Attorneys at Law

CHUCK C. CHOI
ALLISON A. ITO
700 Bishop Street, Suite 1107
Honolulu, Hawaii 96813
Telephone: (808) 533-1877
Fax: (808) 566-6900
Email: cchoi@hibklaw.com;
aito@hibklaw.com

Proposed Attorneys for Debtor and
Debtor in Possession,
IBIS NETWORKS, INC.

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>IBIS NETWORKS, INC.,<br><br>    Debtor and Debtor in<br>    Possession. | Case No. 19-01083<br>(Chapter 11) |

**DECLARATION UNDER PENTALY OF PERJURY FOR NON-
INDIVIDUAL DEBTORS**

**SUMMARY OF ASSETS AND LIABILITIES;**

**DEBTOR'S SCHEDULES A/B, D - H;**

**STATEMENT OF FINANCIAL AFFAIRS;**

**AMENDED CREDITOR'S MATRIX**

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   <u>September 10, 2019</u>    x   *S. Vijayakumar*
                                       Signature of individual signing on behalf of debtor

                                       **Sivapriya Vijayakumar**
                                       Printed name

                                       **President**
                                       Position or relationship to debtor

U.S. Bankruptcy Court - Hawaii   #19-01083   Dkt # 35   Filed 09/10/19   Page 2 of 48

Debtor name **IBIS NETWORKS, INC.**

United States Bankruptcy Court for the: DISTRICT OF HAWAII

Case number (if known) **19-01083**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

**Summary of Assets**

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................................. $ 0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................. $ 4,220,796.76

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................ $ 4,220,796.76

**Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $ 753,417.10

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $ 73,850.76

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................... +$ 1,376,393.66

4. Total liabilities ......................................................................................
    Lines 2 + 3a + 3b $ 2,203,661.52

U.S. Bankruptcy Court - Hawaii   #19-01083   Dkt # 35   Filed  09/10/19   Page 3 of 48

Fill in this information to identify the case:

Debtor name    **IBIS NETWORKS, INC.**

United States Bankruptcy Court for the:    DISTRICT OF HAWAII

Case number (if known)    **19-01083**

☐ Check if this is an
     amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

**3.**    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Bank of Hawaii** | **Checking** | **3962** | $361.20 |
| 3.2. | **JP Morgan Chase Bank N.A.** | **Checking** | **1719** | $37,262.67 |
| 3.3. | **Central Pacific Bank** | **Checking** | **8172** | $147.39 |
| 3.4. | **CPB Client Trust Account** | **Checking** | **8202** | $0.00 |
| 3.5. | **CPB Materials Account** | **Checking** | **0011** | $0.00 |

**4.**    **Other cash equivalents** *(Identify all)*

**5.**    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $37,771.26 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

      7.1.  **Security Deposit for Honolulu Office (Davies Pacific LLC)**                    $14,045.59

      7.2.  **Security deposit SFO (R. Wise)**                                              $800.00

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                          $14,845.59
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | 4,100.00 | - | 0.00 | = .... | $4,100.00 |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |
| 11a. 90 days old or less: | 57,426.00 | - | 0.00 | = .... | $57,426.00 |
|  | face amount |  | doubtful or uncollectible accounts |  |  |
| 11a. 90 days old or less: | 1,414.05 | - | 0.00 | = .... | $1,414.05 |
|  | face amount |  | doubtful or uncollectible accounts |  |  |
| 11a. 90 days old or less: | 29,255.00 | - | 0.00 | = .... | $29,255.00 |
|  | face amount |  | doubtful or uncollectible accounts |  |  |
| 11b. Over 90 days old: | 1,322.00 | - | 0.00 | =.... | $1,322.00 |
|  | face amount |  | doubtful or uncollectible accounts |  |  |

12.    **Total of Part 3.**                                                         $93,517.05
       Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

U.S. Bankruptcy Court - Hawaii   #19-01083   Dkt # 35   Filed  09/10/19   Page 5 of 48

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials | | | | |
| 20. | **Work in progress**<br>Work in progress | | Unknown | Recent cost | $16,852.54 |
| 21. | **Finished goods, including goods held for resale**<br>Finished Goods | | Unknown | Recent cost | $10,702.32 |
| 22. | Other inventory or supplies | | | | |

| 23. | **Total of Part 5.** | | $27,554.86 |
|---|---|---|---|
| | Add lines 19 through 22. Copy the total to line 84. | | |

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>Miscellaneous office furniture | Unknown | | $50.00 |
| 40. | **Office fixtures** | | | |

U.S. Bankruptcy Court - Hawaii   #19-01083   Dkt # 35   Filed  09/10/19   Page 6 of 48

41.    **Office equipment, including all computer equipment and
       communication systems equipment and software**
       Computer equipment                           **Unknown**                              **Unknown**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                    **$50.00**
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ■ No.  Go to Part 9.
    ☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** Patents | **Unknown** | | **Unknown** |
| 61.    **Internet domain names and websites** ibisnetworks.com | **Unknown** | | **Unknown** |

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                        Best Case Bankruptcy

| Customer goodwill | Unknown | | Unknown |
|---|---|---|---|

66.    **Total of Part 10.**                                                                    | $0.00 |

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | All other assets |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | | | Current value of debtor's interest |
|---|---|---|---|

71.    **Notes receivable**
Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| Net Operating Loss | Tax year | 2013 | $257,559.00 |
|---|---|---|---|
| Net Operating Loss | Tax year | 2014 | $751,205.00 |
| Net Operating Loss | Tax year | 2015 | $528,146.00 |
| Net Operating Loss | Tax year | 2016 | $1,618,941.00 |
| Net Operating Loss | Tax year | 2017 | $891,207.00 |
| Net Operating Loss | Tax year | 2018 | Unknown |

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

U.S. Bankruptcy Court - Hawaii   #19-01083   Dkt # 35   Filed  09/10/19   Page 8 of 48

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**                                                          | **$4,047,058.00** |

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

U.S. Bankruptcy Court - Hawaii   #19-01083   Dkt # 35   Filed 09/10/19   Page 9 of 48

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $37,771.26 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $14,845.59 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $93,517.05 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $27,554.86 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $50.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $4,047,058.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,220,796.76 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $4,220,796.76 |

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

  ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

  ☑ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**   **Bank of Hawaii**<br>Creditor's Name<br><br>**Bankoh Loan Center<br>PO Box 2715<br>Honolulu, HI 96803**<br>Creditor's mailing address<br><br>**miranda.tsai@boh.com**<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**Loan (secured)**<br><br><br>**Describe the lien**<br>**Financing Statement**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$753,417.10** | **Unknown** |

**3.**   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$753,417.10**

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| **Name and address** | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**CA Department of Tax and Fee Administrat**<br>**3321 Power Inn Rd Set 130**<br>**Sacramento, CA 95826** | $17,509.00 | $0.00 |
| | Date or dates debt was incurred | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**CA State Sales Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>**Grant China**<br>**244 Portlock Road**<br>**Honolulu, HI 96825** | $4,375.00 | $4,375.00 |
| | Date or dates debt was incurred | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Wages**

Is the claim subject to offset?
☑ No
☐ Yes

U.S. Bankruptcy Court - Hawaii  #19-01083  Dkt # 35  Filed 09/10/19  Page 12 of 48

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,295.10 | $2,295.10 |
|---|---|---|---|---|

**Andy Colman**
**14440 Manuella Road**
**Los Altos Hills, CA 94022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee (former)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,532.21 | $5,532.21 |
|---|---|---|---|---|

**Jim Hagerman**
**1521 Alexander Street**
**#1701**
**Honolulu, HI 96822**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages $5208.33; Exp Reimb $323.88**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,750.00 | $3,750.00 |
|---|---|---|---|---|

**Robert Kiessling**
**5283 Kalanianaole Highway**
**Honolulu, HI 96821**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,044.29 | $9,087.77 |
|---|---|---|---|---|

**Lin Little**
**121 Embarcadero W**
**#2219**
**Oakland, CA 94607**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Expense reimbursement**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

U.S. Bankruptcy Court - Hawaii   #19-01083   Dkt # 35   Filed 09/10/19   Page 13 of 48

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,728.00** | **$6,728.00** |
|---|---|---|---|---|

**Mark Madsen**
**288 Willows Lane**
**Friday Harbor, WA 98250**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages $6,250.00; Exp Reimb $478.00**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9,681.67** | **$6,981.67** |
|---|---|---|---|---|

**Eoin O'Halloran**
**15 Park View Avenue**
**Daly City, CA 94014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages $3,125.00; Exp Reimb 6,556.67**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**State of Hawaii Department of**
**Taxation**
**Attn: Bankruptcy Unit**
**P.O. Box 259**
**Honolulu, HI 96813**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**State of Hawaii, DLIR,**
**Unemployment Ins**
**830 Punchbowl St. Rm 437**
**Honolulu, HI 96813**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

U.S. Bankruptcy Court - Hawaii   #19-01083   Dkt # 35   Filed  09/10/19   Page 14 of 48

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,986.67 | $2,986.67 |

**Jeffrey Tamashiro**
**1560 Kanunu Street**
**#1419**
**Honolulu, HI 96814**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages $2,916.67; Exp Reimb $70.00**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,333.33 | $3,333.33 |

**Dale Uno**
**1651 Ua Drive**
**Honolulu, HI 96816**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,615.49 | $7,615.49 |

**Sivapriya Vijayakumar**
**531 Mangels Avenue**
**San Francisco, CA 94127**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages $6,250.00; Exp Reimb $1,365.49**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

**3.**   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**1Password**
**49 Spadina Ave**
**Suite 303**
**Toronto, Ontario, CANADA M5V**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Goods supplied or services rendered

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**ABM Parking Services**
**500 Ala Moana Blvd.**
**Suite 6-230**
**Honolulu, HI 96813**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Parking (Employees)

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adobe**
**75 Remittance Drive**
**Suite 1025**
**Chicago, IL 60675-1025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Goods supplied or services rendered**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,977.74 |
|---|---|---|---|

**Amazon Web Services, Inc. (AWS)**
**410 Terry Ave North**
**Seattle, WA 9109-5210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Cloud Software Cost**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Atlassian**
**350 Bush Street**
**Floor 13**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Goods supplied or services rendered**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Codefresh**
**185 Moffett Blvd**
**Mountain View, CA 94040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Goods supplied or services rendered**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,200.00 |
|---|---|---|---|

**Sam Colman**
**14440 Manuella Road**
**Los Altos Hills, CA 94022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Services Rendered**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,863.05 |
|---|---|---|---|

**Davies Pacific, LLC**
**PO Box 51432**
**Los Angeles, CA 90051-5732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Rent**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Delaware Division of Corporations**
**401 Federal Street, Suite 4**
**Attn: June M. Bilbrough**
**Dover, DE 19901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

U.S. Bankruptcy Court - Hawaii   #19-01083   Dkt # 35   Filed  09/10/19   Page 16 of 48

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**Digicert**
**2801 North thanksgiving Way**
**Suite 500**
**Lehi, UT 84043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Goods supplied or services rendered

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**eFax**
**6922 Hollywood Blvd.**
**Suite 500**
**Hollywood, CA 90028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Goods supplied or services rendered

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**Elastic, Inc.**
**800 West El Camino Real**
**Suite 350**
**Mountain View, CA 94040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Goods supplied or services rendered

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**Github**
**88 Colin P. Kelly Jr. St**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Goods supplied or services rendered

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**Hawaii Dialogix**
**PO Box 29960**
**Honolulu, HI 96820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Telephone

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**Heroku**
**50 Fremont St**
**Suite 300**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Goods supplied or services rendered

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-------|

**Intuit (Quickbooks)**
**2800 E. Commerce Center Place**
**Tuscon, AZ 85706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Goods supplied or services rendered

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

U.S. Bankruptcy Court - Hawaii   #19-01083   Dkt # 35   Filed  09/10/19   Page 17 of 48

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $850,000.00 |

**3.17**

**Nonpriority creditor's name and mailing address**
**James J. Pappas, Tte Jas. J. Pappas T**
**616 Moaniala Street**
**Honolulu, HI 96821**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No ☐ Yes

**$850,000.00**

---

**3.18**

**Nonpriority creditor's name and mailing address**
**JBR Business Solutions LLC**
**PO Box 26211**
**Honolulu, HI 96825-6211**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

**$3,141.36**

---

**3.19**

**Nonpriority creditor's name and mailing address**
**Keiretsu Capital**
**2815 Eastlake Ave East**
**Suite 300**
**Seattle, WA 98102**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Fundraising Fee**

Is the claim subject to offset? ■ No ☐ Yes

**$3,000.00**

---

**3.20**

**Nonpriority creditor's name and mailing address**
**KUPU**
**677 Ala Moana Blvd**
**#1200**
**Honolulu, HI 96813**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing**

Is the claim subject to offset? ■ No ☐ Yes

**$3,000.00**

---

**3.21**

**Nonpriority creditor's name and mailing address**
**McCorriston Miller Mukai MacKinnon LLP**
**Attn: Stewart Pressman**
**PO Box 2800**
**Honolulu, HI 96803-2800**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

**$231,336.42**

---

**3.22**

**Nonpriority creditor's name and mailing address**
**MFW Advisors, LLC**
**56 7th Avenue**
**San Francisco, CA 94118**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

**$15,000.00**

---

**3.23**

**Nonpriority creditor's name and mailing address**
**Miquido Sp. z o. o. Sp. k.**
**30-701 Krak w**
**ul. Zab_ocie 43a**
**POLAND**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Services Rendered**

Is the claim subject to offset? ■ No ☐ Yes

**$10,000.00**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Namecheap**
4600 East Washington Street
Suite 305
Phoenix, AZ 85034

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Goods supplied or services rendered

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Netburner**
16855 W. Bernardo Drive
Suite 260
San Diego, CA 92127

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Goods supplied or services rendered

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,539.76 |
| --- | --- | --- | --- |

**Oceanit Laboratories, Inc.**
828 Fort Street Mall
Suite 600
Honolulu, HI 96813

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Rent & Services

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Pagerduty**
600 Townsend Street
Suite 200
San Francisco, CA 94103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Goods supplied or services rendered

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85,398.77 |
| --- | --- | --- | --- |

**Porticos, Inc.**
1012 Copeland Oaks Drive
Morrisville, NC 27560

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Services Rendered

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**ProService**
6600 Kalanianaole Highway, Suite 200
Honolulu, HI 96825

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,250.65 |
| --- | --- | --- | --- |

**Rayson Innnovations, Ltd.**
Unit A2, 22/F., Chaiwan Industrial Centr
20 Lee Chung Street
Chaiwan
Chaiwan, HONG KONG

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Manufacturer - China

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

U.S. Bankruptcy Court - Hawaii   #19-01083   Dkt # 35   Filed 09/10/19   Page 19 of 48

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Salesforce**
**415 Mission Street**
**Floor 3**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Goods supplied or services rendered

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Slack**
**500 Howard Street**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Goods supplied or services rendered

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Solarwinds (Papertrail)**
**7171 Southwest Parkway**
**Austin, TX 78735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Goods supplied or services rendered

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Southern Energy Services, Inc.**
**6207 Owl Way**
**Livermore, CA 94551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Services Rendered

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stamps.com**
**1990 E Grand Ave**
**El Segundo, CA 90245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Goods supplied or services rendered

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,706.80 |
|---|---|---|---|

**Sultan Ventures, LLC**
**7192 Kalanianaole Hwy.**
**Suite A143A**
**Honolulu, HI 96825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Services Rendered

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Team Manufacturing**
**780 Park Avenue**
**Youngsville, NC 27596**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Manufacturer - New

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,200.00** |
|------|--------|--------|--------|

**TEC-SHINE Technology**
**A1 Room 1501**
**181 Queen's Road Central**
**Grand Millennium Plaza**
**Hong Kong**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Manufactuer - Enclosures

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|------|--------|--------|--------|

**Twilio (Sendgrid)**
**375 Beale Street**
**Suite 300**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Goods supplied or services rendered

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,661.15** |
|------|--------|--------|--------|

**UPS**
**PO Box 894820**
**Los Angeles, CA 90189-4820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Shipping

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|------|--------|--------|--------|

**WDCI (RIO Inventory)**
**15 Bingera Terrance**
**Caloundra QLD AUSTRALIA   04551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Goods supplied or services rendered

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26,629.99** |
|------|--------|--------|--------|

**Wilson Sonsini Goodrich Rosati**
**650 Page Mill Road**
**Palo Alto, CA 94304-1050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Services Rendered

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,487.97** |
|------|--------|--------|--------|

**Patrick Winnicker**
**217A 29th Street**
**San Francisco, CA 94131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Contractor

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|------|--------|--------|--------|

**David Wise**
**360 Ritch Street**
**Suite 201**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Rent

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

U.S. Bankruptcy Court - Hawaii   #19-01083   Dkt # 35   Filed  09/10/19   Page 21 of 48

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Zendesk**
**1019 Market St.**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  <u>Goods supplied or services rendered</u>

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 73,850.76 |
| **5b. Total claims from Part 2** | 5b. + | $ 1,376,393.66 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 1,450,244.42 |

U.S. Bankruptcy Court - Hawaii   #19-01083   Dkt # 35   Filed  09/10/19   Page 22 of 48

Debtor name        **IBIS NETWORKS, INC.**

United States Bankruptcy Court for the:    DISTRICT OF HAWAII

Case number (if known)    **19-01083**

☐ Check if this is an
   amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*     *Property*
     (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Office Lease for Space No. 1601 by and between Davies Pacific LLC, as landlord, and [Debtor], as tenant, dated December 9, 2015, as amended by that certain First Amendment of Lease by and between Davies Pacific LLC, as landlord, and [Debtor], as tenant, effective as of August 1, 2017** | |
| State the term remaining    **7/31/2020** | | |
| List the contract number of any government contract | **Davies Pacific, LLC**<br>**PO Box 51432**<br>**Los Angeles, CA 90051-5732** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Confidentiality Agreement dated October 1, 2017 by and between [Debtor] and JBR Business Solutions LLC** | |
| State the term remaining | | |
| List the contract number of any government contract | **JBR Business Solutions LLC**<br>**PO Box 26211**<br>**Honolulu, HI 96825-6211** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Consultant Engagement Agreement by and between [Debtor] and MFW Advisors LLC dated November 1, 2015 [NOTE: it looks like this agreement expired. is there a new one?]** | **MFW Advisors, LLC**<br>**56 7th Avenue**<br>**San Francisco, CA 94118** |

U.S. Bankruptcy Court - Hawaii   #19-01083   Dkt # 35   Filed  09/10/19   Page 23 of 48



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | |
| | List the contract number of any government contract | _____ |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Product design engineering services** | |
| | State the term remaining | **September 2019** | **Miquido Sp. z o. o. Sp. k.** |
| | List the contract number of any government contract | _____ | **30-701 Krak w ul. Zab_ocie 43a POLAND** |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Vendor Agreement by and between [the Debtor] and Newcomb Anderson McCormick dated April 1, 2018** | |
| | State the term remaining | **3/31/2021** | **Newcomb Anderson McCormick** |
| | List the contract number of any government contract | _____ | **201 Mission Street, Suite 2010 San Francisco, CA 94105** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Technology Assignment and License Agreement by and between [Debtor] and Oceanit Laboratories, Inc. dated May 17, 2013** | |
| | State the term remaining | | **Oceanit Laboratories, Inc.** |
| | List the contract number of any government contract | _____ | **828 Fort Street Mall Suite 600 Honolulu, HI 96813** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Non-Disclosure Agreement by and between [Debtor] and Oceanit Laboratories, Inc. dated July 17, 2013** | |
| | State the term remaining | | **Oceanit Laboratories, Inc.** |
| | List the contract number of any government contract | _____ | **828 Fort Street Mall Suite 600 Honolulu, HI 96813** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement by and between [Debtor] and Porticos Asia Ltd. dated June 10, 2019** | |
| | State the term remaining | | **Porticos Asia Ltd. 1012 Copeland Oaks Drive Morrisville, NC 27560** |

U.S. Bankruptcy Court - Hawaii   #19-01083   Dkt # 35   Filed  09/10/19   Page 24 of 48

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

---

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement by and between [Debtor] and Porticos, Inc. dated June 18, 2019 [NOTE: do we have a copy signed by Porticos?]** | |
|---|---|---|---|
| | State the term remaining | | **Porticos, Inc.** |
| | List the contract number of any government contract | | **1012 Copeland Oaks Drive Morrisville, NC 27560** |

---

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Client Services Agreement (Hawaii) effective as of August 15, 2013, by and between ProService and Debtor, as amended by that certain First Amendment effective February 13, 2019, and amended by that certain Second Amendment dated February 15, 2020** | |
|---|---|---|---|
| | State the term remaining | | **ProService** |
| | List the contract number of any government contract | | **6600 Kalanianaole Highway, Suite 200 Honolulu, HI 96825** |

---

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Client Services Agreement (non-Hawaii) effective March 1, 2017, by and between ProService and [Debtor], as amended by that certain First Amendment (undated) 2/28/2020** | |
|---|---|---|---|
| | State the term remaining | | **ProService** |
| | List the contract number of any government contract | | **6600 Kalanianaole Highway, Suite 200 Honolulu, HI 96825** |

---

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Software license agreement** | |
|---|---|---|---|
| | State the term remaining | **1/15/2021** | **Salesforce 415 Mission Street Floor 3 San Francisco, CA 94105** |

U.S. Bankruptcy Court - Hawaii   #19-01083   Dkt # 35   Filed  09/10/19   Page 25 of 48

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract _____ | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Strategic Partner Agreement by and between [Debtor] and Southern Energy Services, Inc. dated as of September __, 2016** | |
|---|---|---|---|
| | State the term remaining | | **Southern Energy Services, Inc.** |
| | List the contract number of any government contract _____ | | **6207 Owl Way** **Livermore, CA 94551** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement dated 10/15/16 by and between [Debtor] and Southern Energy Services, Inc.** | |
|---|---|---|---|
| | State the term remaining | | **Southern Energy Services, Inc.** |
| | List the contract number of any government contract _____ | | **6207 Owl Way** **Livermore, CA 94551** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Non-Disclosure Agreement by and between [Debtor] and Sultan Ventures dated October 30, 2013** | |
|---|---|---|---|
| | State the term remaining | | **Sultan Ventures, LLC** |
| | List the contract number of any government contract _____ | | **7192 Kalanianaole Hwy.** **Suite A143A** **Honolulu, HI 96825** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Month-to-Month Consulting Agreement by and between [Debtor] and Sultan Ventures** | |
|---|---|---|---|
| | State the term remaining | | **Sultan Ventures, LLC** |
| | List the contract number of any government contract _____ | | **7192 Kalanianaole Hwy.** **Suite A143A** **Honolulu, HI 96825** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Nondisclosure Agreement by and between the [Debtor] and Patrick Winnicker dated February 11, 2019** | |
|---|---|---|---|
| | State the term remaining | | **Patrick Winnicker** **217A 29th Street** **San Francisco, CA 94131** |

U.S. Bankruptcy Court - Hawaii   #19-01083   Dkt # 35   Filed  09/10/19   Page 26 of 48

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Consultant Engagement Agreement by and between [Debtor] and Patrick Winnicker dated December 1, 2018** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Patrick Winnicker 217A 29th Street San Francisco, CA 94131** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Month to month office space sublease** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **David Wise 360 Ritch Street Suite 201 San Francisco, CA 94107** |

U.S. Bankruptcy Court - Hawaii    #19-01083    Dkt # 35    Filed   09/10/19    Page 27 of 48

Debtor name     **IBIS NETWORKS, INC.**

United States Bankruptcy Court for the:     DISTRICT OF HAWAII

Case number (if known)     **19-01083**

☐ Check if this is an
   amended filing

# Official Form 206H
# Schedule H: Your Codebtors                                        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **James J. Pappas** | **616 Moaniala Street Honolulu, HI 96821** | **Bank of Hawaii** | ■ D __2.1__ <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.2 | **James J. Pappas, Tte Jas. J. Pappas T** | **616 Moaniala Street Honolulu, HI 96821** | **Bank of Hawaii** | ■ D __2.1__ <br> ☐ E/F ____ <br> ☐ G ____ |

U.S. Bankruptcy Court - Hawaii   #19-01083   Dkt # 35   Filed 09/10/19   Page 28 of 48

**Fill in this information to identify the case:**

Debtor name  **IBIS NETWORKS, INC.**

United States Bankruptcy Court for the:  **DISTRICT OF HAWAII**

Case number (if known)  **19-01083**

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:**  **Income**

1. **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $259,891.25 |
| **For prior year:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | $956,281.00 |
| **For year before that:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | $891,207.00 |

2. **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
    and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:**  **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
    filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22
    and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

U.S. Bankruptcy Court - Hawaii   #19-01083   Dkt # 35   Filed  09/10/19   Page 29 of 48

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.    **Adam Colman** | **7/1/19; 8/2/19** | **$8,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2.    **Amazon Web Services, Inc. (AWS)**<br>**410 Terry Ave North**<br>**Seattle, WA 9109-5210** | **6/3/19;**<br>**7/3/19; 8/2/19** | **$29,381.21** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3.    **Bank of Hawaii**<br>**Bankoh Loan Center**<br>**PO Box 2715**<br>**Honolulu, HI 96803** | **6/3/19;**<br>**627/19;**<br>**7/18/19;**<br>**8/19/19** | **$13,064.77** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4.    **CA Department of Tax and Fee**<br>**Administrat**<br>**3321 Power Inn Rd Set 130**<br>**Sacramento, CA 95826** | **5/29/19;**<br>**6/20/19** | **$11,056.10** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __Payment plan (taxes)__ |
| 3.5.    **Davies Pacific, LLC**<br>**PO Box 51432**<br>**Los Angeles, CA 90051-5732** | **6/3/19;**<br>**6/29/19;**<br>**8/13/19** | **$14,683.98** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __Rent (Honolulu Office)__ |
| 3.6.    **DHL** | **6/26/19** | **$11,228.67** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7.    **Porticos, Inc.**<br>**1012 Copeland Oaks Drive**<br>**Morrisville, NC 27560** | **6/20/19;**<br>**6/27/19;**<br>**7/3/19** | **$28,243.59** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8.    **ProService**<br>**6600 Kalanianaole Highway, Suite 200**<br>**Honolulu, HI 96825** | **5/19; 6/19;**<br>**7/19; 8/19** | **$464,812.41** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __Payroll__ |

U.S. Bankruptcy Court - Hawaii   #19-01083   Dkt # 35   Filed  09/10/19   Page 30 of 48

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.9. **Rayson Innnovations, Ltd.** **Unit A2, 22/F., Chaiwan Industrial Centr** **20 Lee Chung Street** **Chaiwan** **Chaiwan, HONG KONG** | **6/6/19;** **6/14/19** | **$22,709.16** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.10. **Sam Colman** **14440 Manuella Road** **Los Altos Hills, CA 94022** | **7/1/19; 8/8/19** | **$19,240.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **James J. Pappas** **616 Moaniala Street** **Honolulu, HI 96821** **Director** | **8/18-8/19** | **$46,415.22** | **Payment on Bank of Hawaii Loan (guaranteed by James J. Pappas)** |
| 4.2. **See also SOFA #30** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

U.S. Bankruptcy Court - Hawaii  #19-01083  Dkt # 35  Filed  09/10/19  Page 31 of 48

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Choi & Ito<br>700 Bishop Street, Suite 1107<br>Honolulu, HI 96813 | Attorney Fees | 8/23/2019 | $25,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>James J. Pappas | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include

U.S. Bankruptcy Court - Hawaii   #19-01083   Dkt # 35   Filed  09/10/19   Page 32 of 48

both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

U.S. Bankruptcy Court - Hawaii    #19-01083    Dkt # 35    Filed  09/10/19    Page 33 of 48

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

U.S. Bankruptcy Court - Hawaii   #19-01083   Dkt # 35   Filed  09/10/19   Page 34 of 48

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. | **JBR Business Solutions LLC**<br>**PO Box 26211**<br>**Honolulu, HI 96825-6211** | **2017-10/2018** |
| 26a.2. | **Rebecca Colman**<br>**14440 Manuella Road**<br>**Los Altos Hills, CA 94022** | **11/2018-2/2019** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Dale Uno**<br>**841 Bishop Street, Suite 1601**<br>**Honolulu, HI 96813** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Sivapriya Vijayakumar | 531 Mangels Avenue<br>San Francisco, CA 94127 | President and COO | |

U.S. Bankruptcy Court - Hawaii   #19-01083   Dkt # 35   Filed  09/10/19   Page 35 of 48

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Mark Madsen | 288 Willows Lane<br>Friday Harbor, WA 98250 | Chief Technology Officer | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Margaret Trilli | 199 Shoreline Highway<br>Building B Suite 100<br>Mill Valley, CA 94941 | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Greg Gaug | 999 Bishop Street<br>Suite 1202<br>Honolulu, HI 96813 | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| James J. Pappas | 616 Moaniala Street<br>Honolulu, HI 96821 | Director and Shareholder | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Patrick Sullivan | 828 Fort Street Mall<br>Suite 600<br>Honolulu, HI 96813 | Director | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| Andy Colman | 14440 Manuella Road<br>Los Altos Hills, CA 94022 | CEO | July 2018-August 2019 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. | Sivapriya Vijayakumar<br>531 Mangels Avenue<br>San Francisco, CA 94127 | $30,058.51 (independent contractor fees for period 8/20/18 through 1/31/19); $1,918.69 (reimbursement for trip to visit manufacturers); $87,500 (gross salary 2/19-8/19) | 8/2018-8/26/2019 | |
| | **Relationship to debtor**<br>President | | | |

U.S. Bankruptcy Court - Hawaii   #19-01083   Dkt # 35   Filed  09/10/19   Page 36 of 48

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Mark Madsen**<br>**288 Willows Lane**<br>**Friday Harbor, WA 98250** | **$143,750.00 (salary); $1,912.00 (medical insurance reimbursement); $5,675.96 (reimbursement for travel)** | **9/18-8/19** | |
| | Relationship to debtor<br>**CTO** | | | |
| 30.3. | **Andy Colman**<br>**14440 Manuella Road**<br>**Los Altos Hills, CA 94022** | **$197,051.00 (salary); $14,819.81 (expense reimbursements); $9,860.00 (reimbursement for advance to Debtor)** | **9/18-8/19** | |
| | Relationship to debtor<br>**Former President** | | | |
| 30.4. | **Sam Colman**<br>**14440 Manuella Road**<br>**Los Altos Hills, CA 94022** | **Independent contractor ($36,590.00); Expense Reimbursement ($2,028.59); salary ($29,166.69)** | **9/2018-8/2019** | |
| | Relationship to debtor<br>**Son of Former President** | | | |
| 30.5. | **Adam Colman**<br>**14440 Manuella Road**<br>**Los Altos Hills, CA 94022** | **Compensation ($8,000.00)** | **7/2019-8-2019** | **Summer Intern** |
| | Relationship to debtor<br>**Son of Former President** | | | |
| 30.6. | **Rebecca Colman**<br>**14440 Manuella Road**<br>**Los Altos Hills, CA 94022** | **$4,000.00 (compensation)** | **9/18-2/19** | |
| | Relationship to debtor<br>**Spouse of Former President** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

U.S. Bankruptcy Court - Hawaii   #19-01083   Dkt # 35   Filed  09/10/19   Page 37 of 48

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ September 10, 2019 _____

_____              **Sivapriya Vijayakumar**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **President** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## District of Hawaii

In re    **IBIS NETWORKS, INC.**                  Case No.    **19-01083**

                                           Debtor(s)         Chapter    **11**

# **AMENDED **
# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    September 10, 2019                       *S. Vijayakumar*

                                             **Sivapriya Vijayakumar/President**
                                             Signer/Title

1Password
49 Spadina Ave
Suite 303
Toronto, Ontario, CANADA M5V

ABM Parking Services
500 Ala Moana Blvd.
Suite 6-230
Honolulu, HI 96813

Adobe
75 Remittance Drive
Suite 1025
Chicago, IL 60675-1025

AHFI AAL ALC tte f/t AHFI PSP UAD 6/1/91
1001 Bishop Street
18th Floor
Honolulu, HI 96813

Amazon Web Services, Inc. (AWS)
410 Terry Ave North
Seattle, WA 9109-5210

Atlassian
350 Bush Street
Floor 13
San Francisco, CA 94104

Bank of Hawaii
Bankoh Loan Center
PO Box 2715
Honolulu, HI 96803

Big Sequoia Holdings
C/O Intentional Capital
100 Shoreline Hwy., #B100
Mill Valley, CA 94941

Buckner Industrial Company, LLC
12230 W Farm Road 120
Bois D'Arc, MO 65612

CA Department of Tax and Fee Administrat
3321 Power Inn Rd Set 130
Sacramento, CA 95826

Jeffry Canin
9604 111th Avenue NE
Kirkland, WA 98033

Grant China
244 Portlock Road
Honolulu, HI 96825

Codefresh
185 Moffett Blvd
Mountain View, CA 94040

Andy Colman
14440 Manuella Road
Los Altos Hills, CA 94022

Sam Colman
14440 Manuella Road
Los Altos Hills, CA 94022

Charles Curtis
1620 E. Highland Drive
Seattle, WA 98112

Davies Pacific, LLC
PO Box 51432
Los Angeles, CA 90051-5732

Delaware Division of Corporations
401 Federal Street, Suite 4
Attn: June M. Bilbrough
Dover, DE 19901

Digicert
2801 North thanksgiving Way
Suite 500
Lehi, UT 84043

Nathaniel Doran
4130 SW Monroe Street
Seattle, WA 98136

eFax
6922 Hollywood Blvd.
Suite 500
Hollywood, CA 90028

Elastic, Inc.
800 West El Camino Real
Suite 350
Mountain View, CA 94040

Energy Excelerator Fund One
1000 Bishop Street
Suite 505
Honolulu, HI 96813

Eric R. Kanowsky Living Trust
3905 State Street
#7-520
Santa Barbara, CA 93105

Erick Rabins/Equity Trust Co.
1172 Lakeside Avenue NE
Seattle, WA 98125

Github
88 Colin P. Kelly Jr. St
San Francisco, CA 94107

James Hagerman
1521 Alexander Street
#1701
Honolulu, HI 96822

Jim Hagerman
1521 Alexander Street
#1701
Honolulu, HI 96822

Hawaii Dialogix
PO Box 29960
Honolulu, HI 96820

Hawaii Technology Development Corporatio
2800 Woodlawn Drive
Suite 1202
Honolulu, HI 96822

Heroku
50 Fremont St
Suite 300
San Francisco, CA 94105

Christopher Hochuli
1003 Bishop Street
Suite 2800
Honolulu, HI 96813

Intuit (Quickbooks)
2800 E. Commerce Center Place
Tuscon, AZ 85706

Jack Schneider Revocable Living Trust
1788 Kumakani Loop
Honolulu, HI 96821

James J. Pappas
616 Moaniala Street
Honolulu, HI 96821

James J. Pappas, Tte Jas. J. Pappas T
616 Moaniala Street
Honolulu, HI 96821

JBR Business Solutions LLC
PO Box 26211
Honolulu, HI 96825-6211

Lars Johansson
1549 3rd Street
Kirkland, WA 98033

John R. Bayless & Monica R. Bayles Trust
23805 Malibu Crest Drive
Malibu, CA 90265

Bonnie Louise Judd
49-066 Kamehameha Hwy.
Kaneohe, HI 96744

Keiretsu Capital
2815 Eastlake Ave East
Suite 300
Seattle, WA 98102

Keiretsu Capital Co-Investment & Opportu
2815 Eastlake Avenue East
Suite 300
Seattle, WA 98102

Robert Kiessling
5283 Kalanianaole Highway
Honolulu, HI 96821

Ian Kitajima
828 Fort Street Mall
Suite 600
Honolulu, HI 96813

Kolu Pohaku Technologies LLC
191 W. Nationwide Blvd.
Suite 600
Columbus, OH 43215

KUPU
677 Ala Moana Blvd
#1200
Honolulu, HI 96813

Avraham Levi
1339 Towerview Road
Eagan, MN 55121

Lin Little
121 Embarcadero W
#2219
Oakland, CA 94607

Mark Madsen
288 Willows Lane
Friday Harbor, WA 98250

Marin Community Foundation
5 Hamilton Landing
Suite 200
Novato, CA 94949

Paul Masters
2465 Ala Wai Blvd.
#904
Honolulu, HI 96815

McCorriston Miller Mukai MacKinnon LLP
Attn: Stewart Pressman
PO Box 2800
Honolulu, HI 96803-2800

MFW Advisors, LLC
56 7th Avenue
San Francisco, CA 94118

MGT Investments Two, LLC
2212 Queen Anne Avenue N.
Box 827
Seattle, WA 98109

Miquido Sp. z o. o. Sp. k.
30-701 Krak w
ul. Zab_ocie 43a
POLAND

Namecheap
4600 East Washington Street
Suite 305
Phoenix, AZ 85034

Netburner
16855 W. Bernardo Drive
Suite 260
San Diego, CA 92127

Newcomb Anderson McCormick
201 Mission Street, Suite 2010
San Francisco, CA 94105

Eoin O'Halloran
15 Park View Avenue
Daly City, CA 94014

Oceanit Laboratories, Inc.
828 Fort Street Mall
Suite 600
Honolulu, HI 96813

Oceanit Research Foundation
828 Fort Street, Suite 600
Honolulu, HI 96813

Marek Omilian
3208 44th Avenue W
Seattle, WA 98199

Pagerduty
600 Townsend Street
Suite 200
San Francisco, CA 94103

John Petote
643 Ricardo Avenue
Santa Barbara, CA 93109

Michael Pfeffer
67-1227 Neleau Place
Kamuela, HI 96743

Porticos Asia Ltd.
1012 Copeland Oaks Drive
Morrisville, NC 27560

Porticos, Inc.
1012 Copeland Oaks Drive
Morrisville, NC 27560

ProService
6600 Kalanianaole Highway, Suite 200
Honolulu, HI 96825

Rayson Innnovations, Ltd.
Unit A2, 22/F., Chaiwan Industrial Centr
20 Lee Chung Street
Chaiwan
Chaiwan, HONG KONG

Henk B. Rogers
55 Merchant Street
17th Floor
Honolulu, HI 96813

Salesforce
415 Mission Street
Floor 3
San Francisco, CA 94105

Richard Samuelson
3020 79th Avenue CT NW
Gig Harbor, WA 98335

David Siu
828 Fort Street Mall
Suite 600
Honolulu, HI 96813

Slack
500 Howard Street
San Francisco, CA 94105

Solarwinds (Papertrail)
7171 Southwest Parkway
Austin, TX 78735

Southern Energy Services, Inc.
6207 Owl Way
Livermore, CA 94551

Stamps.com
1990 E Grand Ave
El Segundo, CA 90245

State of Hawaii Department of Taxation
Attn: Bankruptcy Unit
P.O. Box 259
Honolulu, HI 96813

State of Hawaii, DLIR, Unemployment Ins
830 Punchbowl St. Rm 437
Honolulu, HI 96813

Michael Stevens
1626 106th Avenue SE
Bellevue, WA 98004

Sultan Ventures, LLC
7192 Kalanianaole Hwy.
Suite A143A
Honolulu, HI 96825

Jeffrey Tamashiro
1560 Kanunu Street
#1419
Honolulu, HI 96814

Team Manufacturing
780 Park Avenue
Youngsville, NC 27596

TEC-SHINE Technology
A1 Room 1501
181 Queen's Road Central
Grand Millennium Plaza
Hong Kong

The Matthew F. Haley Trust
2330 Pikake Place
Honolulu, HI 96817

Martin Tobias
2327 West Commodore Way
Seattle, WA 98199

Topaz Management, LLC
335 Merchant Street
#835
Honolulu, HI 96808

Twilio (Sendgrid)
375 Beale Street
Suite 300
San Francisco, CA 94105

U. Yamane, Ltd.
3693 Diamond Head Circle
Honolulu, HI 96813

Jun Ueki
3-1-10-3 #1306 Koyochonaka
Higashinada
Kobe, Japan 00658-0032

Ulupono Holdings LLC
999 Bishop Street
Suite 1202
Honolulu, HI 96813

University of Washington
4311 11th Avenue NE
Suite 600
Seattle, WA 98105

Dale Uno
1651 Ua Drive
Honolulu, HI 96816

UPS
PO Box 894820
Los Angeles, CA 90189-4820

Sivapriya Vijayakumar
531 Mangels Avenue
San Francisco, CA 94127

WDCI (RIO Inventory)
15 Bingera Terrance
Caloundra QLD AUSTRALIA 04551

Jon and Marie-Neige Whittington
3048 Diamond Head Road
Honolulu, HI 96815

Wilson Sonsini Goodrich Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050

Patrick Winnicker
217A 29th Street
San Francisco, CA 94131

David Wise
360 Ritch Street
Suite 201
San Francisco, CA 94107

Zendesk
1019 Market St.
San Francisco, CA 94103

Ziv Family LLC
2121 Garden Street
Santa Barbara, CA 93105